**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | TC Westshore, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA Rathaus Las Vegas |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-2896230 |
| 4. | Debtor's address | **Principal place of business**<br><br>10175 W. Twain Ave., Suite 130<br>Las Vegas, NV 89147<br>Number, Street, City, State & ZIP Code<br><br>Clark<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor   **TC Westshore, LLC**                                                       Case number (*if known*)
      Name

| | | |
|---|---|---|
| 7. | Describe debtor's business | A. *Check one:* |

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| District | When | Case number, if known |

Debtor  **TC Westshore, LLC**                                                  Case number (*if known*)
        Name

11. **Why is the case filed in this district?**   *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard?

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?**
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency
             Contact name
             Phone

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**    *Check one:*

    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ☒ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☒ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**
    ☒ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

| Debtor | TC Westshore, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6 / 15 / 2016
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Bobby Sabas**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date _____
MM / DD / YYYY

**Zachariah Larson**
Printed name

**LARSON & ZIRZOW, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 382-1170**      Email address  **zlarson@lzlawnv.com**

**7787**
Bar number and State

## ACTION BY WRITTEN CONSENT OF THE
## MANAGING MEMBER OF TC WESTSHORE, LLC,
### a Florida Limited Liability Company

The undersigned, constituting the Managing Member owning TC Westshore, LLC, a Florida limited liability company (the "**Company**"), hereby consents to and takes the following action:

RESOLVED, the Company hereby authorizes, directs and empowers Bobby Sabas, as managing member of the Company, to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 bankruptcy filing of the Company;

IT IS HEREBY FURTHER RESOLVED that Bobby Sabas is authorized and directed as managing member of the Company to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified here, including the retention of Larson & Zirzow, LLC as the Company's bankruptcy counsel; and

IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by Bobby Sabas in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the Managing Member of TC Westshore, LLC, a Florida limited liability company, does hereby execute this Action by Written Consent as of the date indicated below.

_____  
BOBBY SABAS

6/15/16  
Date

TC Westshore, LLC
10175 W. Twain Ave., Suite 130
Las Vegas, NV 89147

Zachariah Larson
LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

United States Trustee
300 Las Vegas Blvd., South #4300
Las Vegas, NV 89101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Attn:  Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

FX Luxury Las Vegas I, LLC
Attn: Bankruptcy Dept/Managing Agent
7935 W Sahara Ave Ste 102
Las Vegas, NV 89117

McDonald Carano Wilson LLP
Attn:  Ryan Works, Esq.
2300 W. Sahara Ave. Suite 1200
Las Vegas, NV 89102

Urban Retail Properties, LLC
Attn: Bankruptcy Dept/Managing Agent
111 East Wacker Drive, Suite 240
Chicago, IL 60601